## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Eric Paul Dellarco,** | | **Case No. 4:22CV962** |
| | **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| **-vs-** | | |
| | | **Magistrate Judge Jennifer Dowdell Armstrong** |
| **Commissioner of Social Security,** | | |
| | **Defendant.** | **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong (Doc. No. 11), recommending that the decision of the Commissioner be affirmed. No objections have been filed. For the following reasons, the Report and Recommendation is ADOPTED and the decision of the Commissioner is AFFIRMED.

## I. Background

On June 6, 2022, Plaintiff Eric Paul Dellarco filed a Complaint (Doc. No. 1) challenging the final decision of the Defendant Commissioner of Social Security ("Commissioner"), denying his application for disability benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, and 1381 *et seq*. ("Act"). Pursuant to Local Rule 72.2(b), the case was referred to the Magistrate Judge.

On April 20, 2023, the Magistrate Judge issued a Report and Recommendation, in which she found that substantial evidence supports (1) the ALJ's assessment of Plaintiff's residual functional capacity; and (2) the ALJ's conclusion at Step Four that Plaintiff could still perform his past work as a food products sales representative. (Doc. No. 11.) The Magistrate Judge, therefore, recommends

that the decision of the Commissioner denying Plaintiff's applications for benefits be affirmed.  (*Id*.)
Objections to the Report and Recommendation were to be filed within 14 days of service, i.e., by no
later than May 4, 2023.  No objections were filed.

## II.     Standard of Review

The applicable standard of review of a Magistrate Judge's Report and Recommendation
depends upon whether objections were made to that report.  When objections are made, the district
court reviews the case *de novo*.  Specifically, Federal Rule of Civil Procedure 72(b) states in pertinent
part:

> The district judge must determine *de novo* any part of the magistrate judge's
> disposition that has been properly objected to.  The district judge may accept,
> reject, or modify the recommended disposition; receive further evidence; or
> return the matter to the magistrate judge with instruction.

Although the standard of review when no objections are made is not expressly addressed in Rule 72,
the Advisory Committee Notes to that Rule provide that "[w]hen no timely objection is filed, the
court need only satisfy itself that there is no clear error on the face of the record in order to accept the
recommendation."  *See* Fed. R. Civ. P. 72, Advisory Committee Notes.  Moreover, in *Thomas v. Arn*,
474 U.S. 140, 150 (1985), the United States Supreme Court explained that "[i]t does not appear that
Congress intended to require district court review of a magistrate judge's factual or legal conclusions,
under a *de novo* or any other standard, when neither party objects to those findings."

## III.    Analysis and Conclusion

Here, as stated above, no objections were filed to the Report and Recommendation of
Magistrate Judge Armstrong that the decision of the Commissioner be affirmed.  This Court has
nonetheless carefully and thoroughly reviewed the Report and Recommendation and agrees with the
findings set forth therein.  The Report and Recommendation of Magistrate Judge Armstrong is,

therefore, ADOPTED, and the decision of the Commissioner denying Plaintiff's applications for disability benefits is AFFIRMED.

      **IT IS SO ORDERED.**


                                        _*s/Pamela A. Barker*_

Date:  May 9, 2023                           PAMELA A. BARKER
                                            U. S. DISTRICT JUDGE